# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

## MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 14-17098

District Court/Agency Case Number(s): 4:11-cv-05221-YGR

District Court/Agency Location: Northern District of California

Case Name: Electronic Frontier Foundation v. U.S. Department of Justice

If District Court, docket entry number(s) of order(s) appealed from: 90, 92

Name of party/parties submitting this form: U.S. Department of Justice

### Please briefly describe the dispute that gave rise to this lawsuit.

This action was brought under the Freedom of Information Act, 5 U.S.C. 552 (FOIA), challenging the government's withholding of certain responsive documents and information under various FOIA Exemptions.

### Briefly describe the result below and the main issues on appeal.

The district court upheld the withholding of certain documents and information, but held that the government could not withhold a Department of Justice Office of Legal Counsel legal advice memorandum under FOIA Exemption 5 as a pre-decisional, deliberative document because the government had adopted the document as "the working law" of the Department of Justice when it cited the memorandum and discussed it in a classified application to the Foreign Intelligence Surveillance Court.

### Describe any proceedings remaining below or any related proceedings in other tribunals.

Provide any other thoughts you would like to bring to the attention of the mediator.

The United States appreciates the value of the Court's mediation program and will participate in all mediation proceedings in good faith.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature |/s/ Sharon Swingle

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for |U.S. Department of Justice

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, I electronically filed the Mediation Questionnaire with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the electronic filing system. appellate CM/ECF system and filed four paper copies of the brief with the Court by hand delivery.

The following counsel are being served through the electronic filing and service system:

Jennifer Lynch, Esq.

Mark Thomas Rumold, Esq.

/s/ Sharon Swingle
SHARON SWINGLE